**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11   CESAR CRUZ,                                  No. C 12-02705 DMR

12              Plaintiff(s),                      **ORDER RESETTING MOTION
                                                   HEARING DATE**
13          v.

14   SKY CHEFS, INC. ET.AL.,

15              Defendant(s).
     _____/
16

17          On October 5, 2012, Defendant filed a motion to dismiss and set a hearing date of November

18   15, 2012.  [Docket No. 20.]  Because this date is not an appropriate motion hearing date, the court

19   continues the hearing to November 29, 2012 at 11:00 a.m.

20

21          IT IS SO ORDERED.

22

23   Dated:  October 9, 2012

24                                                _____
                                                  DONNA M. RYU
25                                                United States Magistrate Judge

26

27

28