UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CRUZ, | No. C 12-02705 DMR |
| Plaintiff(s), | **ORDER** |
| v. | |
| SKY CHEFS, INC. ET.AL., | |
| Defendant(s). | |

The parties filed a stipulation to continue the deadline for class certification expert disclosures and reports from February 1, 2013 to February 1, 2014. The parties initially proposed the February 1, 2013 deadline to the court, but now state that they made a mistake and had intended to propose February 1, 2014. However, the new proposal does not make sense in light of the fact that any motion for class certification must be filed by August 16, 2013. By no later than February 8, 2013, the parties shall resubmit a stipulation setting forth a new deadline for class certification expert disclosures and reports.

IT IS SO ORDERED.

Dated: February 1, 2013

DONNA M. RYU
United States Magistrate Judge