UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CRUZ,<br><br>        Plaintiff(s),<br><br>    v.<br><br>SKY CHEFS, INC. ET.AL.,<br><br>        Defendant(s).<br>_____/ | No. C-12-02705 DMR<br><br>**ORDER TAKING DEFENDANT SKY CHEFS' MOTION TO DISMISS UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court has received Defendant Sky Chefs' Motion to Dismiss [Docket No. 38], and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the April 18, 2013 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

    IT IS SO ORDERED.

Dated: April 12, 2013

                                                      DONNA M. RYU
                                                      United States Magistrate Judge