1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CRUZ, on behalf of himself and other similarly situated<br><br>    Plaintiff,<br><br>v.<br><br>SKY CHEFS, INC., a corporation; LSG LUFTHANSA SERVICE HOLDING AG, dba LSG SKY CHEFS, a corporation; and DOES 1 to 100, Inclusive.<br><br>    Defendants. | CASE NO.: C-12-2705-DMR<br><br>**ORDER RE JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER** |

## ORDER

The Joint Stipulation to Amend the Case Management Order having been filed by counsel for Plaintiff CESAR CRUZ and Defendant SKY CHEFS, INC., and good cause appearing therefore:

/ / /

/ / /

/ / /

/ / /

/ / /

1

**ORDER RE JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER**

IT IS HEREBY ORDERED THAT the following modifications shall be made to the Case Management Order:

    a.    Close of Class Certification Discovery is August 19, 2013.

    b.    Deadline for Expert Disclosures and Reports on Class Certification issues is September 18, 2013.

    c.    Close of Expert and Non-Expert discovery on the merits to be set by the Court.

    d.    Deadline for filing of Motion for Class Certification is October 18, 2013.

    e.    Hearing on Motion for Class Certification to be set by the Court.

    f.    The Last day for hearing dispositive motions, Pre-trial conference, and Trial dates shall remain unchanged.

**Dated:** May 2, 2013

_____
HONORABLE DONNA M. RYU
U.S. District Court Magistrate Judge

**ORDER RE JOINT STIPULATION TO AMEND CASE MANAGEMENT ORDER**