UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CRUZ, | No. C-12-02705 DMR |
| Plaintiff(s), | **ORDER SEEKING CLARIFICATION RE DEFENDANT LSG SKY CHEFS** |
| v. | |
| SKY CHEFS, INC. ET.AL., | |
| Defendant(s). | |

On September 19, 2012, pursuant to the parties' stipulation, this court dismissed Defendant LSG Lufthansa Service holding AG dba LSG Sky Chefs ("LSG") without prejudice. [Docket No. 19.] On December 21, 2012, the court issued an order directing Plaintiff to file an amended complaint by January 25, 2013, conforming to the stipulations made during a hearing on December 20, 2012. [Docket No. 30.] On January 16, 2013, Plaintiff filed a Second Amended Complaint again naming LSG as a defendant. [Docket No. 32.] LSG's status in this case is unclear. LSG has not made an appearance in this case, nor has it responded to the Second Amended Complaint. The parties are directed to file a joint statement by **May 7, 2013** addressing (1) whether Plaintiff intends LSG to be a defendant, and (2) if so, whether LSG was served with the Second Amended Complaint.

IT IS SO ORDERED.

Dated: May 3, 2013

DONNA M. RYU
United States Magistrate Judge