United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CESAR CRUZ,

        Plaintiff(s),

v.

SKY CHEFS, INC. ET.AL.,

        Defendant(s).
_____/

No. C-12-02705 DMR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING MOTIONS TO APPEAR BY TELEPHONE AS MOOT; AMENDING CASE MANAGEMENT ORDER**

The court is in receipt of the parties' Joint Stipulation to Amend Case Management Order [Docket No. 51] and motions to appear by telephone [Dockets No. 55, 56].

The Case Management Conference previously scheduled for June 26, 2013 is hereby **VACATED** and **CONTINUED** to **1:30 p.m. on August 21, 2013** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than August 14, 2013. The parties' motions to appear by telephone are denied as moot.

Good cause appearing, the following modifications are made to the Case Management Order:

    a. Close of Class Certification Discovery is **October 19, 2013.**
    b. Deadline for Expert Disclosures/Reports on Class Certification is **November 18, 2013.**
    c. Deadline for filing Motion for Class Certification is **December 18, 2013.**

All other case management, pretrial, and trial deadlines remain unchanged.

IT IS SO ORDERED.

Dated: June 19, 2013

_____
DONNA M. RYU
United States Magistrate Judge