UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CRUZ,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SKY CHEFS, INC. ET.AL.,<br><br>        Defendant(s).<br>_____/ | No. C-12-02705 (DMR)<br><br>**ORDER RESETTING HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMNET** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please be advised that the previously-noticed hearing date of December 12, 2013 on Plaintiff's motion for preliminary approval of class action settlement [Docket No. 65] has been vacated. You are hereby notified that the hearing on the motion is set for **December 18, 2013 at 2:30 p.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar). The briefing schedule remains unchanged.

IT IS SO ORDERED.

Dated: November 12, 2013

_____
DONNA M. RYU
United States Magistrate Judge