1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CRUZ, on behalf of himself and others similarly situated<br><br>PLAINTIFF,<br><br>vs.<br><br>SKY CHEFS, INC., a corporation; LSG LUFTHANSA SERVICE HOLDING AG, dba LSG SKY CHEFS, a corporation; and DOES 1 to 100, Inclusive.<br><br>DEFENDANTS. | Case No.: C-12-02705-DMR<br><br>**ORDER CONTINUING THE NOVEMBER 20, 2013 CASE MANAGEMENT CONFERENCE** |

## **ORDER**

The Stipulation of the parties to continue the Case Management Conference having been filed and good cause appearing;

IT IS HEREBY ORDERED that:

1. The Case Management Conference set for November 20, 2013 is continued to December 18, 2013 at 2:30 p.m.

2. The parties are to submit a Case Management Statement by December 11, 2013.

**IT IS SO ORDERED.**

Dated: November 13, 2013

_____
UNITED STATES MAGISTRATE JUDGE DONNA M. RYU