1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11 CESAR CRUZ, on behalf of himself and others similarly situated | Case No.: C-12-02705-DMR |
| 12 | **CLASS ACTION** |
| 13 PLAINTIFF, | **[~~PROPOSED~~] ORDER GRANTING PLAINTIFF LEAVE TO FILE A THE THIRD AMENDED COMPLAINT AND EXTENSION OF DEFENDANT'S TIME TO RESPOND** |
| 14 vs. | |
| 15 SKY CHEFS, INC., a corporation; and DOES 1 to 100, Inclusive. | |
| 16 | Assigned for all purposes to Donna M. Ryu, United States Magistrate Judge |
| 17 DEFENDANTS. | |
| 18 | |

19

20

21

22

23

24

25

26

27

28

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF LEAVE TO FILE A THE THIRD AMENDED COMPLAINT AND EXTENSION OF DEFENDANT'S TIME TO RESPOND, C-12-02705-DMR

1

1

**ORDER**

2      The Stipulation of the parties to grant leave to Plaintiff to file a Third Amended Complaint,

3   having been filed, and good cause appearing therefore;

4      IT IS HEREBY ORDERED that:

5   1.   That Plaintiff Cesar Cruz is granted leave to file his Third Amended Complaint;

6   2.   The Third Amended Complaint is deemed served on the date this order is signed; and

7   3.   Defendant Sky Chefs, Inc. shall not be required to answer the amended complaint during the

8   pendency of the approval process for class action settlement of this action which is set for a motion

9   for preliminary approval on December 18, 2013, and shall be required to respond to the Third

10   Amended Complaint within thirty (30) days of either of the following events: (1) an order denying

11   approval of the settlement; or (2) Defendant providing notice that Defendant Sky Chefs, Inc. is

12   exercising its Right to Withdraw from the settlement agreement as set forth in the Stipulation and

13   Settlement Agreement.

14

15   **IT IS SO ORDERED.**

16

17   Dated: _____November 13, 2013_____

18                                     UNITED STATES MAGISTRATE JUDGE
                                       DONNA M. RYU

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE A THE THIRD AMENDED
COMPLAINT AND EXTENSION OF DEFENDANT'S TIME TO RESPOND, C-12-02705-DMR

2