# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CRUZ, on behalf of himself and other similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SKY CHEFS, INC., a corporation; LSG LUFTHANSA SERVICE HOLDING AG, dba LSG SKY CHEFS, a corporation; and DOES 1 to 100, Inclusive.<br><br>Defendants. | CASE NO.: C-12-2705-DMR<br><br>[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE DUE DATE FOR PLAINTIFF TO FILE SUPPLEMENTAL PAPERS *RE* PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

## ORDER

The Joint Stipulation to Continue Due Date for Plaintiff to File Supplemental Papers *Re* Preliminary Approval of Class Action Settlement having been filed by counsel for Plaintiff CESAR CRUZ and Defendant SKY CHEFS, INC., and good cause appearing therefore:

///

///

///

1

[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE DUE DATE FOR PLAINTIFF TO FILE SUPPLEMENTAL PAPERS *RE* PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT]

1  **IT IS HEREBY ORDERED THAT** the Due Date for Plaintiff to File
2  Supplemental Papers Re Preliminary Approval of Class Action Settlement shall be
3  continued to ___February 5_____, 2014.

4
5  Dated: ___January 15___, 2014       _____/s/ Donna M. Ryu_____
6                                      HONORABLE DONNA M. RYU
                                        Judge of the U.S. District Court

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

2

[PROPOSED] ORDER RE JOINT STIPULATION TO CONTINUE DUE DATE FOR PLAINTIFF TO FILE
SUPPLEMENTAL PAPERS *RE* PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT]